THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY C. LINVILLE, as personal representative of THE ESTATE OF BRUCE LEROY LINVILLE, and SYLVIA J. LINVILLE, surviving spouse,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., d/b/a LIFE CARE CENTER OF FEDERAL WAY, a Washington corporation,<br><br>Defendant. | Case No. 2:12-cv-01774 RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION |

This matter comes before the Court on "Defendant's Motion to Stay Proceedings and Compel Arbitration." Dkt. # 12. Plaintiffs have not filed an opposition. Having reviewed the motion and the supporting declarations and exhibits, the motion is hereby GRANTED. The parties are compelled to proceed with the arbitration process as set forth in the "Voluntary Agreement for Arbitration" (Dkt. #14, Ex. C) for all of the claims asserted in this lawsuit with the sole exception of the wrongful death claims belonging to the non-signatory statutory beneficiaries.

It is further ordered that the above-entitled action is stayed pending resolution of the arbitration process. The Clerk of Court is directed to enter a statistical termination in

ORDER GRANTING DEFENDANT'S MOTION TO STAY
PROCEEDINGS AND COMPEL ARBITRATION - 1

1  this case.  Such termination is entered solely for the purpose of removing this case from
2  the Court's active calendar.  Defendant shall, within fourteen days of the conclusion of
3  the arbitration, submit a notice of resolution under the above cause number.

   Dated this 15th day of January, 2013.

   /s/ Robert S. Lasnik
   Robert S. Lasnik
   United States District Judge